1  QUIN DENVIR, Bar #49374
   Federal Defender
2  LIVIA R. MORALES, Bar #224504
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RODERICK ELLINGTON
6

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,       )  MAG. NO. 05-199-KJM
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER
13     v.                          )
                                   )
14 RODERICK ELLINGTON,             )  Date:  AUGUST 29, 2005
                                   )  Time:  10:00 a.m.
15              Defendant.         )  Judge: Hon. Kimberly J. Mueller
                                   )
16 _____ )

17

18      IT IS HEREBY STIPULATED and agreed to between the United States of

19 America through THOMAS E. FLYNN, Assistant United States Attorney, and

20 defendant, RODERICK ELLINGTON, by and through his counsel, LIVIA R.

21 MORALES, Staff Attorney, that the court trial set for August 22, 2005

22 be reset for Monday August 29, 2005 at 10:00 a.m.

23 //

24 //

25 //

26 //

27 //

28

1    This continuance is being requested because defense needs
2 additional time to research records and conduct investigation.
3
   Dated: August 12, 2005
4                                    Respectfully submitted,
                                     QUIN DENVIR
5                                    Federal Defender

6                                    /S/ Livia R. Morales
                                     _____
7                                    LIVIA R. MORALES
                                     Staff Attorney
8                                    Attorney for Defendant
                                     RODERICK ELLINGTON
9
10 DATED: August 12, 2005
11                                   McGREGOR SCOTT
                                     United States Attorney
12
                                      Thomas E. Flynn
13                                   _____
                                     THOMAS E. FLYNN
14                                   Assistant U.S. Attorney

15                      **O R D E R**

16

17    The court trial is hereby rescheduled to August 29, 2005, at 10:00
18 a.m.
19 IT IS HEREBY ORDERED.
20 Dated:  August 15, 2005.
21
22                                   _____
                                     UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

2