```
QUIN DENVIR, Bar #49374
Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RODERICK E. ELLINGTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. #05-199-KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| RODERICK E. ELLINGTON, ) | Date: October 6, 2005 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, RODERICK E. ELLINGTON, by and though his counsel, LIVIA R. MORALES, Staff Attorney, that the court trial scheduled for August 29, 2005, be rescheduled to a status conference on Thursday, October 6, 2005, at 10:00 a.m.  Defense counsel needs more time to prepare as Mr. Roderick Ellington will be undergoing surgery and further medical

//

1  documentation regarding his condition is needed to resolve this matter.
2  DATED:   August 25, 2005
3                                         Respectfully submitted,
4                                         QUIN DENVIR
                                          Federal Defender
5
                                          /S/ Livia R. Morales
6                                         _____
                                          LIVIA R. MORALES, Staff Attorney
7                                         Attorney for Defendant
                                          RODERICK E. ELLINGTON
8
9
10 DATED: August 25, 2005
                                          McGREGOR SCOTT
11                                        United States Attorney
12                                        /S/ Matthew C. Stegman
                                          _____
13                                        MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney
14
15
16                            **O R D E R**
17      The court trial is hereby rescheduled to October 6, 2005, at
18 10:00 a.m. for a status conference.
19 Dated:  August 26, 2005.
20
21                              _____
                                UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

2