DENNIS S. WAKS, Bar #142581
Acting Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RODERICK ELLINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 05-199 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER EXTENDING |
| v. | ) | DATE FOR SELF-SURRENDER |
| | ) | |
| RODERICK ELLINGTON, | ) | |
| | ) | Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The Court is hereby requested and it is hereby stipulated between the parties, MATTHEW C. STEGMAN, Assistant United States Attorney, and LIVIA R. MORALES, attorney for MR. RODERICK ELLINGTON, that the date for self surrender to serve his sentence be extended from February 10, 2006 to April 14, 2006.  On October 6, 2005, Mr. Ellginton was sentenced to serve 18 days of intermittent confinement.  He was allowed to self surrender no later than 11:00 a.m., on February 10, 2006.  Mr. Ellington suffers from health problems and will be undergoing extensive surgery on February 23, 2006.  He will need additional time to

//

//

recuperate.  A letter from Mr. Ellington's doctor is attached.


Dated: February 6, 2006

                                      Respectfully submitted,

                                      DENNIS S. WAKS
                                      Acting Federal Defender


                                      /s/ Livia R. Morales
                                      _____
                                      LIVIA R. MORALES
                                      Staff Attorney
                                      Attorney for Defendant
                                      RODERICK ELLINGTON

DATED: February 2, 2006

                                      McGREGOR SCOTT
                                      United States Attorney



                                      /s/ Matthew C. Stegman
                                      _____
                                      MATTHEW C. STEGMAN
                                      Assistant United States Attorney


**O R D E R**

      IT IS SO ORDERED.

Dated:  February 6, 2006.


                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

2