1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  LIVIA R. MORALES, Bar #224504
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RODERICK ELLINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. No. 05-199 KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER EXTENDING |
|   | ) DATE FOR SELF-SURRENDER |
| RODERICK ELLINGTON, | ) |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |

The Court is hereby requested and it is hereby stipulated between the parties, MATTHEW C. STEGMAN, Assistant United States Attorney, and LIVIA R. MORALES, attorney for MR. RODERICK ELLINGTON, that the date for self-surrender to serve his sentence be extended from April 14, 2006 to May 4, 2006 by 11:00 a.m.

Mr. Ellington is scheduled to complete his Sacramento County home detention sentence on May 3, 2006.  If Mr. Ellington completes his home detention prior to May 3, 2006, he is to self-surrender to the United States Marshal's Office on the day following the completion of his state home-detention sentence.

Mr. Ellington agreed to self-surrender on April 14, 2006, to the Sutter County Jail as designated by the Bureau of Prisons.  Prior to the surrender date, Mr. Ellington failed to inform the United States Attorney or Bureau of Prisons that he was under the supervision of

1 | Sacramento County's home detention program and that there might be a
2 | conflict with the time imposed by the Federal Court.  Mr. Ellington
3 | failed to surrender for service of sentence on April 14, 2006.  The
4 | United States Attorney learned of this failure to surrender for service
5 | of sentence on April 18, 2006 through Mr. Ellington's counsel.  Based
6 | on that failure, the United States Attorney and Mr. Ellington have
7 | agreed that the conditions of Mr. Ellington's term of probation be
8 | modified from 18 days of <u>intermittent</u> confinement to 18 days of
9 | <u>straight</u> confinement, as a condition of probation, and ask this Court
10 | to make that modification.
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

2

1    It is further understood that if Mr. Ellington fails to report for
2 service of sentence by May 4th, 2006, the United States reserves the
3 right to file an Information alleging a violation of 18 U.S.C. § 3146
4 (a)(2) - failure to surrender for service of sentence.
5 Dated: April 20, 2006
                                        Respectfully submitted,

                                        DENNIS S. WAKS
                                        Acting Federal Defender


                                        /s/ Livia R. Morales
                                        _____
                                        LIVIA R. MORALES
                                        Staff Attorney
                                        Attorney for Defendant
                                        RODERICK ELLINGTON

DATED: April 19, 2006
                                        McGREGOR SCOTT
                                        United States Attorney



                                        /s/ Matthew C. Stegman
                                        _____
                                        MATTHEW C. STEGMAN
                                        Assistant United States Attorney



                          **O R D E R**

        IT IS SO ORDERED.
Dated:  April 20, 2006.


                          _____
                          UNITED STATES MAGISTRATE JUDGE

3